UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHY ALEXANDER,

    Plaintiff,

v.                                                          Case No: 6:24-cv-208-JSS-LHP

LIGHTHOUSE INSURANCE
GROUP, LLC,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

This matter comes before the court *sua sponte*. More than ninety days have elapsed since Plaintiff's counsel filed a Notice of Suggestion of Death of Plaintiff Cathy Alexander and Notice of Intention to Substitute Party. (Dkt. 34.) Accordingly, it is **ORDERED** that on or before **December 16, 2024**, Plaintiff shall **SHOW CAUSE** explaining why this case should not be dismissed for failure to file a motion for substitution under Federal Rule of Civil Procedure 25. *See Powell v. United States*, 800 F. App'x 687, 705 (11th Cir. 2020) (affirming dismissal where "by every indication [decedent] had no representatives of his estate or successors"); Fed. R. Civ. P. 25(a); M.D. Fla. Loc. R. 3.10. Failure to respond to this order will result in dismissal without further notice.

- 2 -

**ORDERED** in Orlando, Florida, on December 2, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record