UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CATHY ALEXANDER,

    Plaintiff,

v.                                                  Case No: 6:24-cv-208-JSS-LHP

LIGHTHOUSE INSURANCE
GROUP, LLC,

    Defendant.
_____/

## ORDER

On August 23, 2024, Plaintiff's counsel filed a Notice of Suggestion of Death of Plaintiff Cathy Alexander. (Dkt. 34.) In December 2024, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to file a motion for substitution in accordance with Federal Rule of Civil Procedure 25. (Dkt. 35.) The court denied Plaintiff's surviving spouse, Randy Alexander's motion to substitute and renewed motion to substitute for failing to demonstrate that he is Plaintiff's legal representative under Rule 25 or Florida law. (Dkts. 37, 40.) The court gave Mr. Alexander until May 8, 2025, to file a renewed motion to substitute that corrects the deficiency outlined above. (Dkt. 40.) He failed to do so, and the time to do so has now passed.

- 2 -

Accordingly, this case is **DISMISSED** for failure to substitute in accordance with Federal Rule of Civil Procedure 25. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on May 13, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record